DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARC MAZO,**
Appellant,

v.

**SCHOOL BOARD OF BROWARD COUNTY, FLORIDA,**
Appellee.

No. 4D22-1823

[December 15, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE17006297.

Marc Mazo, Clearwater, pro se.

Jon Michael Kendrick and Joshua Gottlieb of The Kendrick Law Firm, Plantation, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***